IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRAD HOLDER,

    Petitioner,

v.

ANA BOATWRIGHT, Warden,
New Lisbon Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-702-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Brad Holder for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

_____
Peter Oppeneer, Clerk of Court

_10/24/11_____
Date